IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE K. ANDREWS,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br><br>   Defendant. | No. C 13-03633 SI<br><br>**JUDGMENT** |

Plaintiff's motion for summary judgment was denied, and defendant's cross-motion for summary judgment was granted. The Commissioner's decision below is affirmed, and judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 16, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE